United States District Court
Southern District of Texas
**ENTERED**
February 29, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-CV-231 |
| SMOKE TOWN, LLC, *et al.*, | § § § | |
| Defendants. | § | |

# **ORDER**

The court has been advised that a settlement has been reached between the plaintiff and the defendants. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Monday, April 29, 2024, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, April 29, 2024.

Signed on Galveston Island this 29th day of February, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE